UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL ALEXANDER MIQUELENA
TONITO,

Petitioner,

v.

WARDEN, MESA VERDE DETENTION
FACILITY,

Respondent.

Case No.  1:26-cv-03804-DAD-JDP (HC)

ORDER ADOPTING FINDINGS AND
RECOMMENDATIONS

(Doc. No. 8)

Petitioner Daniel Alexander Miquelena Tonito is a federal immigration detainee proceeding *pro se* with a petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

On June 9, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's habeas petition be granted and that petitioner be immediately released from custody.  (Doc. No. 8.)  Specifically, the magistrate judge concluded that petitioner's previous release from immigration custody provided him with a liberty interest in his continued release, and that the government's decision to re-detain him without a pre-detention hearing violated due process.  (*Id.* at 2–7.)  The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within

1

seven (7) days after service.  (*Id.* at 8.)  On June 16, 2026, respondent filed objections to the pending findings and recommendations which comprise a single sentence stating that it objects for the same reasons presented in its prior briefing.  (Doc. No. 9.)  These objections do not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1.  The findings and recommendations filed on June 9, 2026 (Doc. No. 8) are ADOPTED IN FULL;

2.  Petitioner's petition for writ of *habeas corpus* (Doc. No. 1) is GRANTED as follows:

   a.  Respondent is ORDERED to immediately release petitioner Daniel Alexander Miquelena Tonito, A-File No. 241-989-205, from respondent's custody under the same conditions he was subject to, if any, prior to his re-detention on or about April 1, 2026;

   b.  Respondent is ENJOINED and RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without written notice and a hearing before an immigration judge where respondent will have the burden of establishing that petitioner is either a danger or flight risk by clear and convincing evidence;

3.  The Clerk of Court is directed to serve Mesa Verde Detention Facility with a copy of this order; and

/////

/////

/////

/////

/////

2

4.      The Clerk of Court is also directed to enter judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated:   **June 17, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE